| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| MARK D. MOLNER, ESQ.<br>2210 W 75th Street<br>Prairie Village  KS  66208<br>ATTORNEY FOR (Name): Plaintiff | (913) 529-1474 | |

Insert of Court Name of Judicial District and Branch Court if any
UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF MISSOURI

SHORT TITLE OF CASE
GREEN v NATIONAL CREDIT WORKS

| 2340820 | (HEARING) Date | Time | Dept | Case Number:<br>12CV00492SWH |
|---|---|---|---|---|
| | | | | REFERENCE NO.<br>GREEN v NATIONAL |

## PROOF OF SERVICE OF SUMMONS

1. AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION
2. I SERVED COPIES OF THE:
   SUMMONS IN A CIVIL ACTION
   COMPLAINT AND DEMAND FOR JURY TRIAL
   CIVIL COVER SHEET
   GENERAL ORDER

3. a. PARTY SERVED: NATIONAL CREDIT WORKS, INC.
   b. Doug MacKinnon, Owner

4. ADDRESS: 3719 Union Rd Suite 221
   Cheektowaga   NY   14225

5. I SERVED THE PARTY IN 3A BY SUBSTITUTED SERVICE
   ON 6/14/2012 AT 3:27:00 PM
   b. BY LEAVING THE DOCUMENTS LISTED IN 2 WITH OR IN THE PRESENCE OF:
   MIKE WAGNER, EMPLOYEE APPARENTLY IN CHARGE
   CAUCASIAN MALE 35+YRS BROWN HAIR 5'9"-6'
   (1) (BUSINESS) A PERSON AT LEAST 18 YEARS OF AGE APPARENTLY IN CHARGE AT THE OFFICE OR USUAL PLACE OF BUSINESS OF THE PERSON TO BE SERVED. I INFORMED HIM OR HER OF THE GENERAL NATURE OF THE PAPERS
   (4) A DECLARATION OF MAILING IS ATTACHED IF REQUIRED
   (5) A DECLARATION OF DILIGENCE IS ATTACHED IF REQUIRED

6. THE "NOTICE TO PERSON SERVED" WAS COMPLETED AS FOLLOWS:
   d. ON BEHALF OF: NATIONAL CREDIT WORKS, INC.

   Doug MacKinnon, Owner

   UNDER THE FOLLOWING CODE OF CIVIL PROCEDURE SECTION: 416.10 (CORPORATION)

   d. The fee for service was  $137.20

7a. Person Serving: Mark Cornwell    Out Of State Process
    e. I am:
    (1) X  not a registered California process server:
    (3)    registered California process server:
    b. DDS Legal Support
       2900 Bristol St
       Costa Mesa, Ca 92626
       (i)
    c. (714) 662-5555
       (i) Registration No: Not A California
       (i) County: Registered Process Server

8. I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.    Out Of State Process

6/21/2012                                       X _____ Mark C. Cornwell
                                                        SIGNATURE

Form Approved for Optional Use Judicial Case 4:12-cv-00492-BP   Document 4   Filed 06/28/12   Page 1 of 3    CRC 982(A)(23)
Council of California
POS-010 [REV Jan 1 2007]                PROOF OF SERVICE

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| MARK D. MOLNER, ESQ.<br>2210 W 75th Street<br>Prairie Village KS 66208<br>ATTORNEY FOR (Name) Plaintiff | (913) 529-1474 | |

**Insert of Court Name of Judicial District and Branch Court if any**
UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF MISSOURI

**SHORT TITLE OF CASE**
GREEN v NATIONAL CREDIT WORKS

| 2340820 | (HEARING) Date | Time | Dept |
|---|---|---|---|

Case Number: 12CV00492SWH

REFERENCE NO.
GREEN v NATIONAL

## PROOF OF SERVICE BY MAIL

1. I AM EMPLOYED IN, OR A RESIDENT OF, THE COUNTY IN WHICH THE MAILING OCCURED, AND NOT A PARTY TO THIS ACTION. AT THE TIME OF MAILING, I WAS AT LEAST 18 YEARS OF AGE OR OLDER

ON 06/15/2012

5. b (4) AFTER SUBSTITUTED SERVICE UNDER SECTION 415.20 (a) or 415.20 (b) or 415.46 C.C.P. WAS MADE. I SERVED THE WITHIN:

SUMMONS IN A CIVIL ACTION
COMPLAINT AND DEMAND FOR JURY TRIAL
CIVIL COVER SHEET
GENERAL ORDER

ON THE DEFENDANT IN SAID ACTION BY PLACING A TRUE COPY THEREOF ENCLOSED IN A SEALED ENVELOPE WITH POSTAGE THEREON PREPAID FOR FIRST CLASS IN THE UNITED STATES MAIL AT: COSTA MESA, CALIFORNIA, ADDRESSED AS FOLLOWS:

NATIONAL CREDIT WORKS, INC.

Doug MacKinnon, Owner
3719 Union Rd Suite 221
Cheektowaga NY 14225

DECLARANT: Monica Figueroa

d. The fee for service was $137.20
e. I am:
 (1) X not a registered California process server:
 (3) registered California process server:
  (i) Employee
  (i) Registration No:
  (i) County: Orange

b. DDS Legal Support
2900 Bristol St
Costa Mesa, Ca 92626

c. (714) 662-5555

8. I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct. Monica Figueroa

6/21/2012

X _____
SIGNATURE

**PROOF OF SERVICE**

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Missouri

| | | |
|---|---|---|
| STEPHANIE GREEN | ) | |
| *Plaintiff* | ) | |
| v. | ) Civil Action No. | 12-cv-00492-SWH |
| NATIONAL CREDIT WORKS, INC.; and DOES 1 to 10, inclusive, | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
    NATIONAL CREDIT WORKS, INC.
    3719 Union Road, Suite 221
    Cheektowaga, New York 14225

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
    Mark D. Molner, Esq.
    PRICE LAW GROUP, APC
    2210 W. 75th Street
    Prairie Village, KS 66208
    Toll Free: (800) 884-6000

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Ann Thompson
*CLERK OF COURT*

Date: 5/1/2012

/s/LaTandra Wheeler
*Signature of Clerk or Deputy Clerk*